USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/30/2019__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DARRYL POTTER,                                    17-cv-8503 (AJN) (KHP)

                          Plaintiff,

                                                  **ORDER (revised)**


                  -against-


THE CITY OF NEW YORK, *et al.*,

                          Defendants.
    -------------------------------------------------------------x

      **IT IS HEREBY ORDERED** that Sable Loyce shall appear for her deposition in this

action at the office of the plaintiff's counsel, Nathaniel B. Smith, 225 Broadway, Suite 1901, New

York, New York 10007, and that said deposition shall commence at 10:00 AM on November 15,

2019 and shall continue until completed and all counsel have had an opportunity to examine the

deponent; and

      **IT IS FURTHER ORDERED** that violation of this Order shall be punished as contempt

of the Court; and

      **IT IS FURTHER ORDERED** that a true and correct copy of this Order shall be

personally delivered to Sable Loyce on or before November 6, 2019.

Dated:  October **30**, 2019


_____
UNITED STATES MAGISTRATE JUDGE

To:

Sable Loyce
6610 Grand Avenue
Maspeth, NY 11378

Darshan Patel, Esq.,
Jacqueline A. Facano, Esq.
Heidell, Pittoni, Murphy & Bach, LLP
99 Park Avenue
New York, New York 10016-1601

Richard J. Femia, Esq.
Goldberg Segalla
PO Box 780
Buffalo, NY 14201

Law Offices of Daniel J. McCarey
Gillian Kost, Esq.
165 Mountainview Road,
Warren, NJ 07059

Nathaniel B. Smith
225 Broadway – Suite 1901
New York, New York 10007