UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DARRYL POTTER,                                          17-cv-8503 (AJN) (KHP)

                   Plaintiff,

        -against-                               Treating this application as directed to the Court's
                                                       power under Rule 15 or Rule 21, or to its inherent
                                                       power, the Court DISCONTINUES WITH
THE CITY OF NEW YORK, *et al.*,                        PREJUDICE this action as against the below-named
                                                       parties. The Clerk of Court is respectfully directed to
                Defendants.        terminate those parties.
-------------------------------------------------------------x
AMC ENTERTAINMENT HOLDINGS, INC.,                       5/22/2020

            Third-Party Plaintiff,

        -against-                               LEWIS J. LIMAN
                                                       United States District Judge
DELUCA ASSOCIATES, INC., a/k/a GLOBAL
SECURITY,

           Third-Party Defendant.

-------------------------------------------------------------x

## STIPULATION OF PARTIAL DISCONTINUANCE

      WHEREAS, none of the parties in this action is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action,

      IT IS HEREBY STIPULATED AND AGREED that this action is hereby discontinued with prejudice as between Plaintiff, DARRYL POTTER, on the one hand and Defendant and Third-Party Plaintiff, AMC ENTERTAINMENT HOLDINGS, INC., and DELUCA ASSOCIATES, INC., a/k/a GLOBAL  SECURITY, on the other hand, and that Defendant and Third-Party Plaintiff, AMC ENTERTAINMENT HOLDINGS, INC., and DELUCA

ASSOCIATES, INC., a/k/a GLOBAL SECURITY hereby discontinue with prejudice any and all claims against them in this action. Each party to this Stipulation shall bear their own costs and nothing in this Stipulation limits or applies to the Plaintiff's claims against the other defendants in this action, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION; DOCTOR FRANCE CHAPUT; NYCHHC OFFICER MCRAE; and other employees and agents of NYCHHC identified as "JOHN ROES" AND "JANE ROES" No. 1-10

Dated:  New York, New York
        April 29, 2020

                                        LAW OFFICE OF
                                        NATHANIEL B. SMITH

                                        s/Nathaniel B. Smith
                                        _____ 5/22/20
                                        Nathaniel B. Smith
                                        225 Broadway – Suite 1901
                                        New York, New York 10007
                                        Attorney for the Plaintiff

LAW OFFICE OF DANIEL J. MCCAREY

_____
Gillian Kost, Esq.
165 Mountainview Road,
Warren, NJ 07059
Attorneys for AMC Entertainment Holdings, Inc.,
and Deluca Associates, Inc., a/k/a Global Security

To:

All parties via efile