```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
DARRYL C. POTTER,                                                  :
:
Plaintiff,                                                         :
:      17-cv-8503 (LJL)
-v-                                                                :
:             ORDER
THE CITY OF NEW YORK; NYPD POLICE OFFICER                          :
BENSON (a/k/a POLICE OFFICER "BENSON"); NYPD                       :
SERGEANT CHAI; NYPD POLICE OFFICER                                 :
ELLISON; other employees and agents of the City of                 :
New York identified as "JOHN DOES" AND "JANE                       :
DOES" No. 1-10; NEW YORK CITY HEALTH AND                           :
HOSPITALS CORPORATION; DOCTOR FRANCE                               :
CHAPUT; NYCHHC OFFICER MCCRAE; other                               :
employees and agents of NYCHHS identified as "JOHN                 :
ROES" AND "JANE ROES" No. 1-10; AMC                                :
ENTERTAINMENT HOLDINGS, INC. ("AMC"), and                          :
other employees and agents of AMC, identified as "JOHN             :
TOES" AND "JANE TOES' No. 1-10, all individual                     :
defendants being named in their individual and in their            :
official capacities                                                :
:
Defendants.                                                        :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     In December 2020, three stipulations of discontinuance were filed in this case and endorsed by the Court. In light of these stipulations, the parties have represented that all claims have been resolved with respect to all Defendants. Accordingly, the case is complete. The Clerk of Court is respectfully directed to close the case.

     SO ORDERED.

Dated: March 8, 2021
      New York, New York                              _____
                                                             LEWIS J. LIMAN
                                                            United States District Judge